

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2015

No. 04-15-00547-CR

Mark John **MCGEE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0058
Honorable Raymond Angelini, Judge Presiding

# O R D E R

The reporter's record in this case was originally due October 26, 2015. On October 26, 2015, the court reporter, Herminia Torres, filed a notification of late record. The court extended the deadline to file the reporter's record to November 25, 2015. On November 29, 2015, Herminia Torres filed a second notification of late record stating that she anticipates the record will be completed by December 4, 2015. We construe the notification as a request for a second extension of time to file the reporter's record, and grant the request. We order Herminia Torres to file the reporter's record by December 4, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2015.

_____
Keith E. Hottle
Clerk of Court